UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOGICALIS, INC.,

        Plaintiff,	Case Number 20-10521
v.	Honorable David M. Lawson

OBJECT EDGE, INC.,

        Defendant.
_____/

### ORDER DIRECTING DEFENDANT TO ANSWER THE COMPLAINT

On February 28, 2020, the plaintiff filed its complaint seeking recovery for an alleged breach of contract and fraud. On April 13, 2020, the defendant filed a motion to dismiss. Pursuant to Federal Rule of Civil Procedure 12(a)(4), the Court may set a time for serving an answer when a motion has been served under Federal Rule of Civil Procedure 12. *See* Fed. R. Civ. P. 12(a)(4) ("Unless the court sets a different time, serving a motion under this rule alters these periods as follows . . . ."); *Hill v. Blue Cross and Blue Shield of Michigan*, 237 F.R.D. 613, 617 (E.D. Mich. 2006) ("[T]his Court recognizes that Rule 12(a)(4) also provides that a court may order an answer to be filed at a time *other than* after the motion to dismiss has been denied or the court has postponed consideration of the motion.") (citing Fed. R. Civ. P. 12(a)(4)) (emphasis in original).

Accordingly, it is **ORDERED** that the defendant must file it answer to the complaint **on or before May 7, 2020**.

                                                       s/David M. Lawson
                                                       DAVID M. LAWSON
                                                     United States District Judge

Dated:  April 16, 2020